December 14, 2022 Miami, Florida

To: Hon. Judge J. Paul Oetken.

From: Human Rights Solution Foundation Inc.

    Civil Action No. 1: 22 CV 09358

Ref: Proceed this action in his real name.

Plaintiff Human Rights Solution Foundation Inc. is a not-for profit organization located on Miami, Florida. Plaintiff seeks to promote Human Rights and accountability in government and fidelity to the rule of law. In this action plaintiff request investigation from federal agencies pursuant to Foreign Kingpin Designation Act and Foreign Corrupt Practice Act.

Our organization does not have a physical address at this time yet, if it were mandatory, we would ask for additional time to present it.

Respectfully.

*Juan O Selas*

Human Rights Solution Foundation Inc.

Miami, Florida

Tel: 786-705-9944

Email: HHRRUS@PROTON.ME

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

### Civil case(s) filed in the Southern District of New York:

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

Human Rights Solution Foundation Inc. v. United States Attorney's Office, 1:22-cv-09358-JPO

Human Rights Solution Foundation Inc. v. United States Attorney's Office, 1:22-cv-09358-JPO

# Human Rights Solution Foundation Inc

Name (Last, First, MI)

| 1300 NE MIAMI GARDENS DRIVE 301 | MIAMI | FLORIDA | 33179 |
|---|---|---|---|
| Address | City | State | Zip Code |

| 3059150659 | HHRRUS@PROTON.ME |
|---|---|
| Telephone Number | E-mail Address |

| 12/14/2022 | JUAN SEJAS |
|---|---|
| Date | Signature |

Click Here to Save