**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JUAN SEJAS,

                Plaintiff,

-against-                           22 **CIVIL** 9358 (JPO)

                                                    **JUDGMENT**

UNITED STATES ATTORNEY'S OFFICE,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 22, 2025, the government's motion for summary judgment is GRANTED. Judgment is entered in favor of Defendant; accordingly, the case is closed.

**Dated:** New York, New York

      January 22, 2025

                                                      **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                            **BY:**        K. Mango

                                                       **Deputy Clerk**